| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hicks, Jr., S. Maurice | 2. Court or Organization U.S. District Co., Western La. | 3. Date of Report 08/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Tom Stagg United States Court House
300 Fannin St. , Suite 5101
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer/Adjunct Faculty Member | Centenary College of Louisiana |
| 2. | Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | Advisory Board Member | Global Power Air Museum of Barksdale Air Force Base (501(c)(3) organization) |
| 4. | Board of Trustees | Paul M. Hebert Law Center, Louisiana State University |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Centenary College of Louisiana - Teaching | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Paralegal services - self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Group, Bar Organization, or Bar Association | 05/10/2017 - 05/11/2017 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 2. | Private Foundation, Association, or Society | 11/09/2017 - 11/10/2017 | Houston, TX | Educational activities other than judicial education | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Midland Mortgage | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | Capital One Bank | Consumer Line of Credit | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Account #1 | A | Interest | J | T | | | | | |
| 2. State Farm Life Insurance Co. Universal Life | B | Int./Div. | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Whole Life | B | Int./Div. | K | T | | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 5. Rental Property #1, Ruston, LA - 07/03/01, $74,000 | D | Rent | L | R | | | | | |
| 6. IRA # 1 Raymond James Bank Deposit Program | A | Interest | | | Closed | 04/03/17 | K | | |
| 7. Red River Syndicate LP | A | Int./Div. | L | U | | | | | |
| 8. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 9. IRA #2 Raymond James Bank Deposit Program | A | Interest | L | T | | | | | |
| 10. Raymond James Bank Deposit Program-T | A | Int./Div. | K | T | | | | | |
| 11. IRA #2- Genesis Energy LP | B | Distribution | | | Sold | 12/04/17 | K | A | |
| 12. IRA #1- GNMA Series 2009-87 | A | Interest | | | Closed | 03/27/17 | J | | |
| 13. IRA #3 Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 14. JP Morgan -Cash Acct. | | None | J | T | | | | | |
| 15. Raymond James Bank Deposit Program-S | A | Interest | J | T | | | | | |
| 16. IRA #1-GNMA Series 2010-162 | A | Interest | | | Closed | 03/27/17 | J | | |
| 17. IRA #2-Apple Incorporated | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2-Proto Labs Incorporated | | None | | | Sold | 12/04/17 | J | A | |
| 19. IRA #2-Regeneron Pharmaceuticals | | None | | | Sold | 12/04/17 | J | A | |
| 20. IRA #2-Cyrusone Incorporated | A | Dividend | K | T | | | | | |
| 21. IRA #2-Energy Transfer Partners | A | Distribution | | | Sold | 12/04/17 | J | A | |
| 22. IRA #2-W P Carey Inc. | B | Dividend | K | T | | | | | |
| 23. IRA #2- Grifols | A | Dividend | | | Sold | 10/10/17 | J | A | |
| 24. IRA #2- Hydrogenics | | None | J | T | | | | | |
| 25. IRA #2- Energy Transfer Equity | A | Distribution | | | Sold | 12/04/17 | J | A | |
| 26. Gilead Sciences - Janney | A | Dividend | J | T | | | | | |
| 27. Enlink Midstream - Janney | A | Distribution | J | T | | | | | |
| 28. IberiaBank | | None | J | T | | | | | |
| 29. IRA #2- Verint Systems Inc | | None | | | Sold | 12/04/17 | J | A | |
| 30. IRA #2- Valero Energy Corp | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 31. IRA #2- T. Rowe Price Blue Chip | A | Dividend | J | T | | | | | |
| 32. IRA #2- Vanguard Wellesley Inc Fund Investor Class | A | Dividend | | | Closed | 04/11/17 | J | | |
| 33. IRA #2 - Dodge & Cox Stock Fund | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 34. IRA #2 - Amazon | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 - Alphabet Inc | | None | K | T | | | | | |
| 36. IRA #2 - Delware Smal Cap | A | Int./Div. | J | T | | | | | |
| 37. IRA #2- Fidelity Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 38. IRA #2 - AmCap Fund Class F2 American Funds | A | Dividend | J | T | | | | | |
| 39. IRA #2 - Fidelity New Millenium | A | Dividend | | | Sold | 10/10/17 | J | A | |
| 40. Raymond James S- Citizens Natl Bancshares | | None | | | Sold | 08/15/17 | J | C | |
| 41. Azure Midstream Partners - Janney | B | Distribution | | | Sold | 02/13/17 | J | A | |
| 42. General Electric Co - Janney | A | Dividend | | | Sold | 11/14/17 | J | A | |
| 43. Raymond James T- Citizens Natl Bancshares | | None | | | Sold (part) | 08/15/17 | J | B | |
| 44. | | | | | Sold | 08/30/17 | J | B | |
| 45. IRA #2 - Cal Maine Foods | | None | | | Sold | 03/24/17 | J | A | |
| 46. IRA #2 - EOG Res | A | Dividend | | | Sold | 11/01/17 | J | A | |
| 47. IRA #2 - Pioneer Nat Res | A | Dividend | K | T | | | | | |
| 48. IRA #2 - Martin Midstream Prtnrs | A | Distribution | | | Sold | 12/04/17 | J | A | |
| 49. IRA #2 - World Pt Terms LP | A | Distribution | | | Sold | 07/07/17 | J | A | |
| 50. IRA #3 - Genesis Energy LP | A | Distribution | J | T | | | | | |
| 51. Raymond James S - Cash Account | | None | J | T | Open | 12/29/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 - MSIF International Opp Fund | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 53. IRA #2 - Vanguard REIT Index Fund Admiral Shares | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 54. IRA #2 - Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 55. IRA #2 - Invesco Diversified Dividend Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 56. IRA #2 - Capital Income Builder Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 57. IRA #2 - Pioneer Bond Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 58. IRA #2 - Fidelity OTC Portfolio Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 59. IRA #2 - Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 60. IRA #2 - GNMA REMIC Trust 2009-87 | A | Interest | J | T | Open | 03/27/17 | J | | |
| 61. IRA #2 - GNMA REMIC Trust 2010-162 | A | Interest | J | T | Open | 03/27/17 | J | | |
| 62. IRA #2 - Vanguard Wellesley Income Fund Admiral Shares | A | Dividend | K | T | Open | 04/11/17 | J | | |
| 63. Capital One Bank Account #2 (X) | A | Interest | J | T | | | | | |
| 64. Capital One Bank Account #3 (X) | | None | J | T | | | | | |
| 65. Capital One Bank Account #4 (X) | A | Interest | L | T | | | | | |
| 66. Capital One Bank Account #5 (X) | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Description of asset has been updated.

5.) Rental Property #1 Ruston, LA - original purchase price $74,000. Improvements to property since date of purchase total $16,194.

12.) IRA #1 was closed during 2017. IRA #1 - GNMA series 2009-87 was transfered to Raymond James IRA #2 and is now being reported on line 60 as IRA #2 - GNMA REMIC Trust 2009-87.

16.) IRA #1 was closed during 2017. IRA #1 - GNMA series 2010-162 was transfered to Raymond James IRA #2 and is now being reported on line 61 as IRA #2 - GNMA REMIC Trust 2010-162.

32.) IRA #2 - Vanguard Wellesley Inc Fund Investor Class was exchanged on 4/11/2017 for shares of Vanguard Wellesley Income Fund Admiral Shares reported on line 62.

60.) IRA #2 - GNMA REMIC Trust 2009-87 was transferred into IRA #2 from IRA #1 which was previously reported on line 12 (IRA #1 - GNMA series 2009-87).

61.) IRA #2 - GNMA REMIC Trust 2010-162 was transferred into IRA #2 from IRA #1 which was previously reported on line 16 (IRA #1 - GNMA series 2010-162).

62.) IRA #2- Vanguard Wellesley Income Fund Admiral Shares were transfered into IRA #2 as an exchange from Vanguard Wellesley Inc Fund Investor Class shares reported on line 32.

63.) Capital One Bank Account #2 was previously reported with Capital One Bank Account #1 on line 1. These bank accounts are now being separately stated.

64.) Capital One Bank Account #3 was previously reported with Capital One Bank Account #1 on line 1. These bank accounts are now being separately stated.

65.) Capital One Bank Account #4 was previously reported with Capital One Bank Account #1 on line 1. These bank accounts are now being separately stated.

66.) Capital One Bank Account #5 was previously reported with Capital One Bank Account #1 on line 1. These bank accounts are now being separately stated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ S. Maurice Hicks, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544